UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Faith S. Hochberg
                             Crim. No. 10-181
       v.                 :
                             CONTINUANCE ORDER
ZENOBIA WILLIAMS          :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant Zenobia Williams (by Daniel Needle, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has a right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___16th___ day of September, 2010,

IT IS ORDERED that the trial is scheduled for November 16, 2010; and

IT IS FURTHER ORDERED that the period from September 14, 2010, through November 16, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. FAITH S. HOCHBERG
United States District Judge